IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SKENDER BEGANI,

          Plaintiff,

against

MARRIOTT INTERNATIONAL INC.,

          Defendant.

CIVIL ACTION NO.: 18 Civ. 12000 (ALC) (SLC)

**AMENDED TELEPHONE CONFERNCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference scheduled for **Tuesday, April 21, 2020 at 10:00 am** will now be held on the Court's conference line. The Parties are directed to call 866-390-1828, access code 3809799, at the scheduled time.

Dated:     New York, New York
            April 13, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**