UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
| | |
|---|---|
| SKENDER BEGANI,<br><br>       Plaintiff,<br><br>-v.-<br><br>MARRIOT INTERNATIONAL INC., ET AL.,<br><br>       Defendants | 18-cv-12000 (ALC)<br><br>**ORDER** |
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/29/2020

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to file a joint status report on or before October 6, 2020.

**SO ORDERED.**

Dated:  **September 29, 2020**
     **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**