| | | |
|---|---|---|
| Inho Andrew Park†‡<br>Haesun Alexis Kim†<br>Lana Ahreum Song†⊢<br>Steve J. Park†‡<br>Saeyoung Kim†‡<br>Jusun Yook†<br>Sungwoong Lee‡<br>David Wasserman†‡ | Law Offices of<br>**ANDREW PARK, P.C.**<br>ANDREWPARKPC.COM<br>450 7th Avenue, Suite 1805<br>New York, NY 10123<br>TEL: (212) 239-3680<br>FAX: (212) 239-3683<br>*Please respond to: New York Office* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __2/26/2021__<br>Suite 320<br>Englewood Cliffs, NJ 07632<br>TEL: (201) 227-1250<br><br>†Admitted in NY<br>‡Admitted in NJ<br>⊢Admitted in MA |

February 25, 2021

**VIA ECF**
Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
Thurgood Marshall
Unites States Courthouse
40 Foley Square
New York, New York 10007



  **Re:**   **Begani v. 960 Associates LLC, et al.**
     **Docket No.: 1:18-cv-12000-ALC-SLC**

Dear Judge Carter Jr.:

  This Office represents Plaintiff Skender Begani (hereinafter "Plaintiff") in the above referenced matter. Please allow this correspondence to serve as your undersigned's application for enlargement of a briefing schedule for Plaintiff's motion to remand to state court.

  By the Order dated February 4, 2021, the Court granted Plaintiff's application for a leave to file a motion to remand to state court and directed the following briefing schedule:

1. Plaintiff's motion due by February 25, 2021;
2. Defendant's response due by March 11, 2021; and
3. Plaintiff's replies to Defendant's response due by March 18, 2021.

  However, due to your undersigned's health issue for the last few weeks, with a consent from the counsel for Defendant Defendants 960 Associates LLC and Courtyard Management Corporation, your undersigned respectfully requests that said deadlines to be extended for a week as the following:

1. Plaintiff's motion due by March 4. 2021;
2. Defendant 's response due by March 18, 2021; and
3. Plaintiff's replies to Defendant's response due by March 25, 2021.

   This instant request is your undersigned's first-time application and no prior application has been made.  Also, your undersigned has conferred with the counsel for Defendants 960 Associates LLC and Courtyard Management Corporation and has her consent to make this instant application.  In addition, the instant request will not affect any other scheduled dates.

                Respectfully submitted,

                /s/ Jusun Yook

                Jusun Yook, Esq.

CC via ECF:

Nicole Brown, Esq.
Wade Clark Mulcahy, LLP
180 Maiden Lane, Suite 901
New York, New York 10038
*Attorneys for Defendants 960 Associates LLC and Courtyard Management Corporation*

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2021